UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSTIN E. NOWICKI,

Plaintiff,

v.

CARLYNN VANHALL, *et al.*,

Defendants.

Case No. 25-cv-12197
Honorable Terrence G. Berg
Magistrate Judge Elizabeth A. Stafford

---

**ORDER GRANTING DEFENDANTS'
MOTION TO TAKE PLAINTIFF'S DEPOSITION
(ECF NO. 21)**

---

Plaintiff Dustin E. Nowicki, a pro se prisoner, filed this civil rights action under 42 U.S.C. § 1983 alleging that defendants were deliberately indifferent to his medical needs in violation of the Eighth Amendment. ECF No. 1. The Honorable Terrence G. Berg referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 14. Defendants move for leave to depose Nowicki under Federal Rule of Civil Procedure 30(a)(2)(B). ECF No. 21.

Under Rule 30(a)(2), a party must obtain leave of the court to depose a person who is confined in prison, and the court must grant such leave when it is consistent with the scope and limits of discovery set forth in Rule

26(b)(2).  The requirements of Rule 30(a)(2) are satisfied.  Nowicki is currently incarcerated at the Central Michigan Correctional Facility, and defendants' request to depose him aligns with Rule 26(b).  Defendants' motion for leave to depose Nowicki is **GRANTED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: February 26, 2026

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 26, 2026.

2

s/Davon Allen
DAVON ALLEN
Case Manager

3